UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
**DISTRICT OF MARYLAND**

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy

Reply to Northern Division Address

June 6, 2006

Mr. Keith Brown, #248-115
MTC
954 Forrest Street
Baltimore, Maryland 21201

Dear Mr. Brown,

This is in response to your letter of April 6, 2006 requesting an explanation of how much you owe in filing fees.

**Brown v. Fountain, et al., 96cv2806**

The district court did not assess a filing fee in this case. It appears from the docket of the Fourth Circuit Court of Appeals that no fee was assessed on appeal because you voluntarily dismissed the case. You may, however, wish to verify this information with that court. The case number assigned to the appeal is 97-6362.

**Brown v. EMSA, et al., 00cv1112**

The district court directed payment of the $150.00 filing fee in this case pursuant to the PLRA. In this case you paid a total of $168.25, all of which was credited towards the $150.00 filing fee. When we realized there had been an overpayment, $17.85 was transferred towards the district court filing fee in 99cv238. I am not sure how that amount was determined. Subsequently we transferred another $22.62 from this case to 99cv238. Again, I am not sure why the transfer was made but it resulted in you owing $22.22 towards the filing fee in this case. Once we realized that a mistake had been made, $22.22 was transferred from 99cv238 back to this case resulting in the filing fee being paid in full.

**Brown v. Franks, et al., 99cv238**

The district court directed payment of the $150.00 filing fee in this case pursuant to the PLRA. The Fourth Circuit Court of Appeals directed payment of the $105.00 appeal fee. In this case you have paid a total of $105.00 (including the $18.25 overpayment from 00cv1112). All of this

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

June 6, 2006
Page 2

has been credited towards the district court filing fee.  You still owe $45.00 towards the district court filing fee and the $105.00 appeal fee for a total of $150.00.

**Brown v. Hampson, et al., 01cv583**

In this case the district court initially assessed the $150.00 filing fee, however when you voluntarily dismissed the case the court directed that the finance office cease making deductions from your account.  No money was received for this case and none is now owed.

I hope this information answers your questions.


    /s/
Frances E. Kessler
Chief Deputy Clerk